# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2018

158303 & (29)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

MICHIGAN OPPORTUNITY,
      Plaintiff-Appellant,

v

BOARD OF STATE CANVASSERS,
SECRETARY OF STATE, and SALLY
WILLIAMS, in her capacity as Director of
Elections,
      Defendants-Appellees,
and

MICHIGAN ONE FAIR WAGE,
      Intervenor-Defendant/
      Cross-Plaintiff-Appellee.

SC: 158303
COA: 344619

_____/

On order of the Court, the motion to expedite is GRANTED. The application for leave to appeal the August 22, 2018 order of the Court of Appeals is considered. In light of the Legislature's enactment of the Michigan One Fair Wage proposal under Const 1963, art 2, § 9, see 2018 IL 4, we DIRECT the parties to file supplemental briefs, within 28 days of the date of this order, addressing whether the plaintiff's application for leave to appeal presents a justiciable issue. The parties shall specifically address: (1) whether the plaintiff's complaint for mandamus is moot, see *Gildemeister v Lindsay*, 212 Mich 299 (1920); and (2) in any event, whether the plaintiff, as a ballot question committee under the Michigan Campaign Finance Act, MCL 169.201 *et seq.*, has standing to challenge the constitutionality of a law enacted by the Legislature under Const 1963, art 2, § 9.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2018



Clerk

t0925